The People of the State of New York, Respondent,
v. Samuel Sieger, Appellant.

*Crimes — assault in second degree — judgment of conviction affirmed.*

People v. *Sieger*, 219 App. Div. 773, affirmed.

(Submitted December 5, 1927; decided January 10, 1928.)

Appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 4, 1927, which affirmed a judgment of the Court of General Sessions of the county of New York rendered upon a verdict convicting the defendant of the crime of assault in the second degree.

*Robert S. Johnstone* and *Stanley L. Richter*, for appellant.
*Joab H. Banton, District Attorney (Robert Daru* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Andrews, Lehman, Kellogg and O'Brien, JJ.